# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-21449-TPA |
| | : | |
| Evan Freshwater | : | Chapter 7 |
|     Debtor | : | |
| | : | |
| Evan Freshwater | : | |
|     Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

**I, Evan Freshwater,** hereby state as follows:

1. I am currently employed by Duckstein Restoration and earn wages of $4,320.31 per month.

2. My girlfriend and her 3year old daughter live in the household and contribute $1,300.00 per month.

3. I am in the process of preparing my 2016 & 2017 tax returns.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>May 2, 2018</u>                                        <u>/s/ Evan Freshwater</u>
                                                                          Evan Freshwater
                                                                          Debtor

**Duckstein Restoration**
17 Furnace Street Ext.
McKees Rocks, PA 15136
(412) 331-6257

**Personal Earnings Statement (FGx)**
MPL_8201(12/21/2016) © 2001-2016 MPAY

00827   390  04/06/18  5304
**Evan P. Freshwater**
1565 Baldwick Rd
Pittsburgh, PA 15205

| Evan P. Freshwater | | | | April 06, 2018 | | | 5304 |
|---|---|---|---|---|---|---|---|
| Emp Id | 390 | Loc | 200 | Period Begin | 03/19/18 | Net Pay | 2,025.31 |
| Status | A | Hire Date | 03/13/17 | Period End | 04/01/18 | | |
| Clock | 0019 | | | Check Type | Regular | Net Check | 2,025.31 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 38.00 | 25.00 | 950.00 | 11,031.25 |
| Regular Earnings | 38.50 | 25.00 | 962.50 | |
| Overtime | 11.50 | 37.50 | 431.25 | 778.13 |
| Overtime | 3.00 | 37.50 | 112.50 | |
| Travel | 2.00 | 25.00 | 50.00 | 493.75 |
| Travel | 1.50 | 25.00 | 37.50 | |
| Vacation 2018 | 0.00 | | 0.00 | 1,200.00 |
| | 94.50 | | 2,543.75 | 13,503.13 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-6 | 2,543.75 | 165.92 | 654.63 |
| OASDI | | 2,543.75 | 157.71 | 837.19 |
| Medicare | | 2,543.75 | 36.89 | 195.80 |
| Pennsylvania SITW | S-0 | 2,543.75 | 78.09 | 414.55 |
| PA SUI - EE | | 2,543.75 | 1.52 | 8.10 |
| Allegheny Southwest Tax Collection District (YTD) | | | | 405.10 |
| ↳ Pittsburgh City | | 2,543.75 | 76.31 | ❼ |
| Mckees Rocks B.(Alleghe | | 2,543.75 | 2.00 | 14.00 |
| | | | 518.44 | 2,529.37 |

❏ Current PSD tax amounts are included in the YTD amount of their associated Tax Collection District

### Payment Summary for Check 5304

| | |
|---|---|
| Total Gross Pay | 2,543.75 |
| Federal Taxes | -360.52 |
| State and Local Taxes | -157.92 |
| Other Deductions | 0.00 |
| Net Pay | 2,025.31 |
| Direct Deposits | 0.00 |
| Net Check | 2,025.31 |

### Additional Information

**Time Off Balances**

**Duckstein Restoration**
17 Furnace Street Ext.
McKees Rocks, PA 15136
(412) 331-6257

**Personal Earnings Statement (FGx)**
MPL_6201(12/21/2016) © 2001-2015 MPAY

00827   390  03/23/18  5298
**Evan P. Freshwater**
1565 Baldwick Rd
Pittsburgh, PA 15205

## Evan P. Freshwater — March 23, 2018 — 5298

| Emp Id | 390 | Loc | 200 | Period Begin | 03/05/18 | Net Pay | 1,501.12 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 03/13/17 | Period End | 03/18/18 | | |
| Clock | 0019 | | | Check Type | Regular | Net Check | 1,501.12 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 38.00 | 25.00 | 950.00 | 9,118.75 |
| Regular Earnings | 19.25 | 25.00 | 481.25 | |
| Overtime | 0.00 | | 0.00 | 234.38 |
| Travel | 0.25 | 25.00 | 6.25 | 406.25 |
| Vacation 2018 | 16.00 | 25.00 | 400.00 | 1,200.00 |
| | 73.50 | | 1,837.50 | 10,959.38 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-6 | 1,837.50 | 81.17 | 488.71 |
| OASDI | | 1,837.50 | 113.92 | 679.48 |
| Medicare | | 1,837.50 | 26.64 | 158.91 |
| Pennsylvania SITW | S-0 | 1,837.50 | 56.41 | 336.46 |
| PA SUI - EE | | 1,837.50 | 1.11 | 6.58 |
| Allegheny Southwest Tax Collection District (YTD) | | | | 328.79 |
| Pittsburgh City | | 1,837.50 | 55.13 | ❼ |
| Mckees Rocks B.(Alleghe | | 1,837.50 | 2.00 | 12.00 |
| | | | 336.38 | 2,010.93 |

### Payment Summary for Check 5298

| | |
|---|---|
| Total Gross Pay | 1,837.50 |
| Federal Taxes | -221.73 |
| State and Local Taxes | -114.65 |
| Other Deductions | 0.00 |
| Net Pay | 1,501.12 |
| Direct Deposits | 0.00 |
| Net Check | 1,501.12 |

### Additional Information

**Time Off Balances**

☐ Current PSD tax amounts are included in the YTD amount of their associated Tax Collection District

**Duckstein Restoration**
17 Furnace Street Ext.
McKees Rocks, PA 15136
(412) 331-6257

**Personal Earnings Statement (FGx)**
MPL_8201(12/21/2016) © 2001-2016 MPAY

00827   390   03/09/18   5293
**Evan P. Freshwater**
1565 Baldwick Rd
Pittsburgh, PA 15205

### Evan P. Freshwater — March 09, 2018 — 5293

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 390 | Loc | 200 | Period Begin | 02/19/18 | Net Pay | 1,528.96 |
| Status | A | Hire Date | 03/13/17 | Period End | 03/04/18 | | |
| Clock | 0019 | | | Check Type | Regular | Net Check | 1,528.96 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 35.50 | 25.00 | 887.50 | 7,687.50 |
| Regular Earnings | 34.50 | 25.00 | 862.50 | |
| Overtime | 0.00 | | 0.00 | 234.38 |
| Travel | 2.50 | 25.00 | 62.50 | 400.00 |
| Travel | 2.50 | 25.00 | 62.50 | |
| Vacation 2018 | 0.00 | | 0.00 | 800.00 |
| | 75.00 | | 1,875.00 | 9,121.88 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-6 | 1,875.00 | 85.67 | 407.54 |
| OASDI | | 1,875.00 | 116.25 | 565.56 |
| Medicare | | 1,875.00 | 27.19 | 132.27 |
| Pennsylvania SITW | S-0 | 1,875.00 | 57.56 | 280.05 |
| PA SUI - EE | | 1,875.00 | 1.12 | 5.47 |
| Allegheny Southwest Tax Collection District (YTD) | | | | 273.66 ❽ |
| ⤷ Pittsburgh City | | 1,875.00 | 56.25 | |
| Mckees Rocks B.(Alleghe | | 1,875.00 | 2.00 | 10.00 |
| | | | 346.04 | 1,674.55 |

### Payment Summary for Check 5293

| | |
|---|---|
| Total Gross Pay | 1,875.00 |
| Federal Taxes | -229.11 |
| State and Local Taxes | -116.93 |
| Other Deductions | 0.00 |
| Net Pay | 1,528.96 |
| Direct Deposits | 0.00 |
| Net Check | 1,528.96 |

### Additional Information

**Time Off Balances**

❽ Current PSD tax amounts are included in the YTD amount of their associated Tax Collection District

**Duckstein Restoration**  
17 Furnace Street Ext.  
McKees Rocks, PA 15136  
(412) 331-6257

**Personal Earnings Statement (FGx)**  
MPL_8201(12/21/2016) © 2001-2016 MPAY

00827   390   02/23/18   5289  
**Evan P. Freshwater**  
1565 Baldwick Rd  
Pittsburgh, PA 15205

| Evan P. Freshwater | February 23, 2018 | 5289 |
|---|---|---|

| Emp Id | 390 | Loc | 200 | Period Begin | 02/05/18 | Net Pay | 1,795.67 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 03/13/17 | Period End | 02/18/18 | | |
| Clock | 0019 | | | Check Type | Regular | Net Check | 1,795.67 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 38.00 | 25.00 | 950.00 | 5,937.50 |
| Regular Earnings | 39.50 | 25.00 | 987.50 | |
| Overtime | 1.75 | 37.50 | 65.63 | 234.38 |
| Overtime | 4.50 | 37.50 | 168.75 | |
| Travel | 2.00 | 25.00 | 50.00 | 275.00 |
| Travel | 0.50 | 25.00 | 12.50 | |
| Vacation 2018 | 0.00 | | 0.00 | 800.00 |
| | 86.25 | | 2,234.38 | 7,246.88 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-6 | 2,234.38 | 128.80 | 321.87 |
| OASDI | | 2,234.38 | 138.54 | 449.31 |
| Medicare | | 2,234.38 | 32.40 | 105.08 |
| Pennsylvania SITW | S-0 | 2,234.38 | 68.60 | 222.49 |
| PA SUI - EE | | 2,234.38 | 1.34 | 4.35 |
| Allegheny Southwest Tax Collection District (YTD) | | | | 217.41 |
| ↳ Pittsburgh City | | 2,234.38 | 67.03 | ❼ |
| Mckees Rocks B.(Alleghe | | 2,234.38 | 2.00 | 8.00 |
| | | | 438.71 | 1,328.51 |

### Payment Summary for Check 5289

| | |
|---|---|
| Total Gross Pay | 2,234.38 |
| Federal Taxes | -299.74 |
| State and Local Taxes | -138.97 |
| Other Deductions | 0.00 |
| Net Pay | 1,795.67 |
| Direct Deposits | 0.00 |
| Net Check | 1,795.67 |

### Additional Information

**Time Off Balances**

❼ Current PSD tax amounts are included in the YTD amount of their associated Tax Collection District