WWR # 040084096

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EVAN P. FRESHWATER ) | |
| ) | Bankruptcy No. 18-21449-TPA |
| Debtor ) | |
| ) | Chapter 7 |
| CITIZENS BANK, N.A. ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| EVAN P. FRESHWATER ) | |
| ROSEMARY C. CRAWFORD, TRUSTEE ) | |
| Respondents ) | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This cause came on for hearing this _____ day of _____, 2018, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and Abandonment. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2015 Toyota Tundra, (VIN No.: 5TFBY5F18FX423939); that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay and Abandonment to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102