WWR# 040084096

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EVAN P. FRESHWATER ) | Bankruptcy No. 18-21449-TPA |
|     Debtor ) | |
| ) | Chapter 7 |
| CITIZENS BANK, N.A. ) | |
|     Movant ) | Hearing Date & Time 06/21/2018 at 10:30AM |
| ) | |
| v. ) | Response Deadline 06/07/2018 |
| ) | |
| ) | |
| EVAN P. FRESHWATER ) | |
| ROSEMARY C. CRAWFORD, TRUSTEE ) | |
|     Respondents ) | |
| ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 05/21/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 06/07/2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 06/08/2018

        By:  /s/ Brian Langford
              Brian Langford PA I.D. #324884
              Weltman, Weinberg & Reis Co., L.P.A.
              436 Seventh Avenue
              Suite 2500
              Pittsburgh, PA  15219   (412) 338-7102
              blangford@weltman.com