FILED
6/11/18 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**WWR # 040084096**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EVAN P. FRESHWATER | ) | |
| | ) | Bankruptcy No. 18-21449-TPA |
| Debtor | ) | |
| | ) | Chapter 7 |
| CITIZENS BANK, N.A. | ) | |
| | ) | Rel to Doc No. 24 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| EVAN P. FRESHWATER | ) | |
| ROSEMARY C. CRAWFORD, TRUSTEE | ) | |
| Respondents | ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

This cause came on for hearing this __11th__ day of _____June_____, 2018, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and Abandonment.  Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2015 Toyota Tundra, (VIN No.: 5TFBY5F18FX423939); that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay and Abandonment to take the necessary steps to repossess and liquidate its collateral referenced herein.

The order at doc  no. 29 is hereby VACATED.

_____
Honorable Thomas P. Agresti          **ljm**
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-21449-TPA
Evan P. Freshwater                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: Jun 11, 2018
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db              +Evan P. Freshwater,    1565 Baldwick Rd,    Pittsburgh, PA 15205-4154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          Brian Thomas Langford    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Lawrence W. Willis    on behalf of Debtor Evan P. Freshwater ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 7