**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–21449–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Evan P. Freshwater
1565 Baldwick Rd
Pittsburgh, PA 15205

Social Security No.:
xxx–xx–9513

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>Telephone number:  412–235–1721 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101<br>Telephone number:  724–443–4757 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 27, 2018
01:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 6/22/18

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21449-TPA
Evan P. Freshwater                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Jun 22, 2018
                              Form ID: rsc            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db            +Evan P. Freshwater,    1565 Baldwick Rd,   Pittsburgh, PA 15205-4154
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14810842      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14810843      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14810844      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14810845      +Citimortgage Inc,   Po Box 9438,    Gaithersburg, MD 20898-9438
14810846      +Citizens Bank Na,    480 Jefferson Blvd,   Warwick, RI 02886-1359
14810847       Credit Protection Asso,    One Galleria Tower,   Dallas, TX 75240
14827844      +Edc/orecchio Propertie,    3200 Pennsylvania Ave,   Weirton, WV 26062-3804
14810851      +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
14810852      +Jared Galleria,   375 Ghent Rd,    Akron, OH 44333-4601
14810853      +Jared-galleria/genesis,    15220 Nw Greenbrier, Ste,   Beaverton, OR 97006-5744
14827849      +Medexpress,   PO Box 719,    Dellslow, WV 26531-0719
14810854      +Newpennfin-shellpointm,    75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
14827851      +Nicole Freshwater,    1484 OLD STEUBENVILLE PIKE,   Pittsburgh, PA 15205-4918
14827852      +PA Department Of Revenue,    Bankruptcy Division,   PO Box 788,   Harrisburg, PA 17108-0788
14827853      +Peoples Gas,   100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
14810855      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14810856      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14810857      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
14810861      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14810862      +Toyota Motor Credit Co,    Po Box 9786,   Cedar Rapids, IA 52409-0004
14810865       Windowworld,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:21     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:22      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14810840      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2018 01:57:25      Cap1/bstby,
               Po Box 30253,    Salt Lake City, UT 84130-0253
14810849       E-mail/Text: mrdiscen@discover.com Jun 23 2018 01:49:46      Discoverbank,   Po Box 15316,
               Wilmington, DE 19850
14810848      +E-mail/Text: mrdiscen@discover.com Jun 23 2018 01:49:46      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14827847       E-mail/Text: cio.bncmail@irs.gov Jun 23 2018 01:49:55      Internal Revenue Service,
               Insolvency Unit,    PO Box 628,   Pittsburgh, PA 15230
14811777      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2018 02:09:24
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14860700       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:21
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
14810858      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 01:58:15      Syncb/lowes,   Po Box 965005,
               Orlando, FL 32896-5005
14810859      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 01:57:49      Syncb/mohawk,   C/o Po Box 965036,
               Orlando, FL 32896-0001
14810860      +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 01:57:47      Syncb/sleep Number,
               C/o Po Box 965036,    Orlando, FL 32896-0001
14810863      +E-mail/Text: bankruptcydepartment@tsico.com Jun 23 2018 01:51:20      Transworld Sys Inc/51,
               500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
14810864      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 23 2018 01:49:39
               Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citizens Bank, N.A.
cr             Toyota Motor Credit Corporation
14810841       Cap1/bstby
14810850       Edc/orecchio Propertie
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14827835*     +Cap1/bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
14827836*     +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14827837*     +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14827838*     +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14827839*     +Citimortgage Inc,   Po Box 9438,    Gaithersburg, MD 20898-9438
14827840*     +Citizens Bank Na,    480 Jefferson Blvd,   Warwick, RI 02886-1359
14827841*      Credit Protection Asso,    One Galleria Tower,   Dallas, TX 75240
14827843*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discoverbank,     Po Box 15316,   Wilmington, DE 19850)
14827842*     +Discover Fin Svcs Llc,   Po Box 15316,    Wilmington, DE 19850-5316
14827845*     +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
```

```
District/off: 0315-2          User: culy              Page 2 of 2                    Date Rcvd: Jun 22, 2018
                              Form ID: rsc            Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****
14827846*      +Internal Revenue Service,   Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14827848*      +Jared-galleria/genesis,   15220 Nw Greenbrier, Ste,   Beaverton, OR 97006-5744
14827850*      +Newpennfin-shellpointm,   75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
14827855*      +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14827854*      +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14827856*      +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
14827857*      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
14827858*      +Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
14827859*      +Syncb/mohawk,   C/o Po Box 965036,   Orlando, FL 32896-0001
14827860*      +Syncb/sleep Number,   C/o Po Box 965036,   Orlando, FL 32896-0001
14827861*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14827862*      +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004
14827863*      +Transworld Sys Inc/51,   500 Virginia Dr Ste 514,   Ft Washington, PA 19034-2707
14827864*      +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
14827865*       Windowworld,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
                                                                                             TOTALS: 4, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor   Citizens Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Evan P. Freshwater ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```