FILED
9/12/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :        Case No.:   18-21449-TPA
                                                :
Evan P. Freshwater                              :        Chapter:    7
                                                :
                    *Debtor(s).*                :
                                                :        Date:       9/12/2018
                                                :        Time:       11:00

**PROCEEDING MEMO**

**_MATTER:_**         #41 Order to Show Cause for failure to attend 341 Meeting
                    *(Debtor to personally appear)*

**_APPEARANCES:_**
                    Debtor:      Lawrence W. Willis
                    Trustee:     Rosemary C. Crawford (no appearance)

**_NOTES:_**

 Willis:            Debtor could not get through security due to not having a photo id.
                    Requesting dismissal without prejudice.

**_OUTCOME:_**        Case Dismissed without prejudice.  Chambers to enter order.

vas