FILED
9/12/18 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

EVAN P. FRESHWATER,    :    Case No. 18-21449-TPA
*Debtor.*    :    Chapter 7
    :
    :    Related to Doc No. 41

## ORDER

**AND NOW,** this **12th** day of **September, 2018**, for the reasons stated at the hearing held this date on the **Order to Show Cause** (Doc. 41), it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The above-captioned case is **DISMISSED** without prejudice, however, the Court notes, regardless of the chapter the bankruptcy is filed under, if any deadlines are missed in the Debtor's next bankruptcy filing, the case will be dismissed with a two-year bar.

(2) Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. § 349,* and creditors are directed to *11 U.S.C. § 108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this *Order.*

(3) Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been entered.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
All Parties and Creditors in Interest.

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 18-21449-TPA
Evan P. Freshwater                                                 Chapter 7
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy               Page 1 of 2         Date Rcvd: Sep 12, 2018
                              Form ID: pdf900          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db             +Evan P. Freshwater,    1565 Baldwick Rd,    Pittsburgh, PA 15205-4154
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14810842       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14810843       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14810844       +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14810845       +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
14810846       +Citizens Bank Na,    480 Jefferson Blvd,   Warwick, RI 02886-1359
14810847        Credit Protection Asso,    One Galleria Tower,   Dallas, TX 75240
14827844       +Edc/orecchio Propertie,    3200 Pennsylvania Ave,    Weirton, WV 26062-3804
14810851       +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
14810852       +Jared Galleria,    375 Ghent Rd,   Akron, OH 44333-4601
14810853       +Jared-galleria/genesis,    15220 Nw Greenbrier, Ste,    Beaverton, OR 97006-5744
14827849       +Medexpress,   PO Box 719,    Dellslow, WV 26531-0719
14810854       +Newpennfin-shellpointm,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
14827851       +Nicole Freshwater,    1484 OLD STEUBENVILLE PIKE,    Pittsburgh, PA 15205-4918
14827852       +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,   Harrisburg, PA 17108-0788
14827853       +Peoples Gas,   100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
14810855       +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14810856       +Pnc Bank, N.a.,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
14810857       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
14810861       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14810862       +Toyota Motor Credit Co,    Po Box 9786,   Cedar Rapids, IA 52409-0004
14810865        Windowworld,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 13 2018 02:26:10     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14810840       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 02:46:02      Cap1/bstby,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
14810849        E-mail/Text: mrdiscen@discover.com Sep 13 2018 02:23:42     Discoverbank,   Po Box 15316,
                 Wilmington, DE 19850
14810848       +E-mail/Text: mrdiscen@discover.com Sep 13 2018 02:23:42     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
14827847        E-mail/Text: cio.bncmail@irs.gov Sep 13 2018 02:23:53     Internal Revenue Service,
                 Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14811777       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 02:46:05
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14860700        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14810858       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:46:01      Syncb/lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
14810859       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:45:16      Syncb/mohawk,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
14810860       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:45:16      Syncb/sleep Number,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14810863       +E-mail/Text: bankruptcydepartment@tsico.com Sep 13 2018 02:26:05      Transworld Sys Inc/51,
                 500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
14810864       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 02:23:36
                 Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank, N.A.
cr              Toyota Motor Credit Corporation
14810841        Cap1/bstby
14810850        Edc/orecchio Propertie
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14827835*      +Cap1/bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
14827836*      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14827837*      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14827838*      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14827839*      +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
14827840*      +Citizens Bank Na,    480 Jefferson Blvd,   Warwick, RI 02886-1359
14827841*       Credit Protection Asso,    One Galleria Tower,   Dallas, TX 75240
14827843*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discoverbank,    Po Box 15316,    Wilmington, DE 19850)
14827842*      +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
14827845*      +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
14827846*      +Internal Revenue Service,    Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14827848*      +Jared-galleria/genesis,    15220 Nw Greenbrier, Ste,    Beaverton, OR 97006-5744
14827850*      +Newpennfin-shellpointm,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
```

```
District/off: 0315-2                  User: culy                   Page 2 of 2                   Date Rcvd: Sep 12, 2018
                                      Form ID: pdf900              Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****
14827855*        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14827854*        +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14827856*        +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14827857*        +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14827858*        +Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
14827859*        +Syncb/mohawk,    C/o Po Box 965036,    Orlando, FL 32896-0001
14827860*        +Syncb/sleep Number,    C/o Po Box 965036,    Orlando, FL 32896-0001
14827861*        +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14827862*        +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14827863*        +Transworld Sys Inc/51,    500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
14827864*        +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
14827865*         Windowworld,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
                                                                                             TOTALS: 4, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Evan P. Freshwater ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```